IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RICHARD AND EILEEN TREDINNICK, IRWIN AND RUTH SEARS, DAVID CRUSON, JAMES R. GLENN, SUZANNE HOUSEWRIGHT, JEFFREY R. AND KAREN T. MILLER, DALE AND JANICE MORRIS, BILLY AND CAROLYN WALKER, AND RONALD L. WYATT | § § § § § § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 4:16-CV-912 |
| v. | § § § | JURY TRIAL |
| JACKSON NATIONAL LIFE INSURANCE COMPANY | § § § § | |
| *Defendant*. | § | |

**ORDER**

Pending before the Court is Joint Motion to Stay Proceedings (Dkt. #133). Upon consideration of the Joint Motion to Stay Proceedings, and the record before the Court, the Court concludes that there is good cause to **GRANT** the relief requested in the Joint Motion to Stay Proceedings. Accordingly, it is hereby **ORDERED** that:

1. All pending deadlines in this case are stayed from November 2020 forward.

2. Within sixty (60) days of the date of this Order, the parties shall either (i) file a motion for preliminary approval of the class action settlement; or (ii) if the pending settlement is not consummated, the parties shall request a telephonic hearing to reset the remaining deadlines and hearing dates for this matter from November 2020 forward..

**SIGNED this 30th day of November, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE