IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID CRUSON AND JOHN DENMAN<br>*Plaintiffs*,<br><br>v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY<br>*Defendant*. | § § § § § § § § § § § § § § § § | Civil Action No. 4:16-CV-912-ALM<br><br><br><br><br>JURY TRIAL |

# ORDER

Pending before the Court is the parties' Joint Motion to Extend Deadline to File Motion for Preliminary Approval to February 5, 2021 (Dkt. #135). Upon consideration of the Motion, and for good cause shown, the requested relief is hereby **GRANTED**.

It is hereby **ORDERED** that the parties' deadline to file the Motion for Preliminary Approval is extended to February 5, 2021.

**SIGNED this 1st day of February, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE