IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID CRUSON AND JOHN DENMAN | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Civil Action No. 4:16-CV-912 |
| JACKSON NATIONAL LIFE INSURANCE COMPANY | § § § § | |
| *Defendant*. | § § § § § § § | JURY TRIAL |

ORDER GRANTING
PLAINTIFFS' UNOPPOSED MOTION FOR MODIFICATION OF FORM OF
NOTICE, MOVING DATE OF FINAL APPROVAL HEARING AND OTHER DATES
TIED TO FINAL APPROVAL HEARING

Upon consideration of the Plaintiffs' Unopposed Motion to Modify the Form Of Class Notice, move the date for the Final Approval Hearing, and move other deadlines based on the Final Approval Hearing date (Dkt. #140), and the Court having reviewed the motion finds that it should be granted. Accordingly, it is hereby **ORDERED** as follows:

1.     The revised long form notices attached to Plaintiffs' Unopposed Motion as Exhibits "A" and "B" are hereby approved as appropriate forms of notice to be used in connection with notice to the settlement class.

2.     Class Counsel and the Claims Administrator are authorized to include the text of the short form notice attached as Exhibit F to the Settlement Agreement, rather than the long

form notices, in email notice to class members for whom the claims administrator or Jackson have an email address.

3. Given the modification of the notice as approved in this order and the extreme weather recently seen in Texas, accompanied by extensive power blackouts that have hampered class counsel's efforts, the Court hereby determines that the date for the Final Approval Hearing should be delayed as requested to allow sufficient time for class members to review the notice and take appropriate action.

4. The Court finds that the dissemination of the Class Notice in the manner set forth herein as revised by this order constitutes the best notice practicable under the circumstances and is valid, due and sufficient notice to all persons entitled to notice and complies fully with the requirements of Federal Rule of Civil Procedure 23 and due process.

5. By *April 27, 2021*, Settlement Class Counsel shall file with the Court their motion for final approval of the Settlement, along with proof that notice was provided to the Settlement Class members as directed by this Order.

6. Any member of the Settlement Class who objects to the proposed settlement, must do so in writing, postmarked no later than *April 29, 2021*, and shall otherwise comply with the requirements set forth in the Notice.

7. All requests for exclusion from the Settlement Class must be in writing, postmarked no later than *May 6, 2021*, and must otherwise comply with the requirements set forth in the Notice.

8.      Class Counsel shall file with the Court and serve on the parties their responses to any objection(s) to the settlement and/or the request to use the settlement funds for ongoing litigation expenses on or before **May 20, 2021.**

9.      The Court reschedules the fairness hearing to **Thursday, May 27, 2021**, at **12:00 p.m.**, at the Paul Brown United States Courthouse, 101 East Pecan Street, Sherman, Texas 75090 to determine the fairness, reasonableness, and adequacy of the proposed settlement with Defendant (the "Final Approval Hearing").  Any of the Settlement Class members who follow the procedure set forth in the Notice may appear and be heard. The fairness hearing may be rescheduled, adjourned or continued without further notice to the Settlement Class members.

**IT IS SO ORDERED.**
**SIGNED this 1st day of March, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

3